IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 21 A 9: 51

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| JAMES FRANKLIN FROST, III, | ) |
| Petitioner, | ) CIVIL ACTION NO. CV205-027 |
| v. | ) |
| UNITED STATES OF AMERICA, | ) (Case No.: CR200-47) |
| Respondent. | ) |

## CERTIFICATION OF APPEALABILITY

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. If granted, the certificate must indicate which specific issue or issues satisfy this showing. In accordance with the foregoing, a Certificate of Appealability is hereby **DENIED** as Petitioner has not made a substantial showing of the denial of a constitutional right.

**SO ORDERED**, this 21 day of October, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)